**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VONDA JONES; ROCHELLE ST. JOHN; CHRISTINA DAVIES; MARIA GARCIA PAGAN,<br><br>      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DEREMER, in her official capacity as Secretary of Labor; EMPLOYMENT AND TRAINING ADMINISTRATION; LORI FRAZIER BEARDEN, Acting Assistant Secretary of the Employment and Training Administration; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL BOUGHT, Director of the U.S. Office of Management and Budget; and UNITED STATES OF AMERICA,<br><br>      Defendants. | CA No.: 1:25-CV-12653-NMG |

**DEFENDANTS' ASSENTED-TO MOTION FOR A STAY OF ALL PRETRIAL DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

Undersigned counsel, on behalf of Defendants in the above-captioned matter, hereby moves for a stay of all pretrial deadlines in the above-captioned case.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

1.    Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

*[Handwritten annotation:]* Motion denied. /s/ NMGorton, SUSDJ 10/27/2025