IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VONDA JONES, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF LABOR, *et al.*<br><br>*Defendants*. | Case No. 1:25-cv-12653 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Defendants have now allotted and obligated the appropriated but previously-withheld funds to continue four-year grants to national nonprofit organizations for operation of the Senior Community Service Employment Program (SCSEP). Defendants have not yet filed an Answer or Motion for Summary Judgment in this case. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiffs provide notice that this action is dismissed without prejudice.

Dated: November 25, 2025

Respectfully submitted,

/s/ *Steven Y. Bressler*
Steven Y. Bressler (D.C. Bar No. 482492)[+]
Kali Schellenberg (MA BBO No. 694875)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
kschellenberg@democracyforward.org
sbressler@democracyforward.org

/s/ *Lynn Eisenberg*
Daniel F. Jacobson (D.C. Bar No. 1016621)[+]

Lynn D. Eisenberg (D.C. Bar No. 1017511)+
Kyla M. Snow (D.C. Bar No. 90036400)+
Jacobson Lawyers Group PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

+Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2025, the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Steven Y. Bressler*
